FILED
2008 APR 30 PM 01:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

1983 Form

# In the United States District Court
# For the Middle District of Alabama

RECEIVED
2008 MAR 28 A 9:44

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Roy Lee McAteer 147346

2:08CV230-WKW

**DEMAND FOR JURY TRIAL**

(Enter above the full name(s) of the plaintiff(s) in this action)

v

Bob Riley, Governor of Alabama
Ron Allen, St. of Alabama Prison Commissioner
Cheryl Price, Warden Bibb Co. Corr. Fac.
Dewayne Estes, Asst Warden Bibb Co. Corr. Fac.

Dr. Torres, Psychologist Bibb Co. Corr. Facility
Dr. Pilkington, Psychiatrist Bibb Co. Corr. Facility, etc.,
Sued as representatives of The State of Alabama along with all others who have culpability - In their Individual and Official Capacities. Et., Al.,

(Enter above full name(s) of the defendant(s) in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes (✓)   No ( )

   B.  If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit
      Plaintiff(s): Roy Lee McAteer 147346
      Defendant(s): Bob Riley Et. Al.,

   2. Court (if Federal Court, name the district; if State Court, name the county)
      United States District Court - Middle District of Alabama

   3. Docket Number 2:07-CV-692-WKW

   4. Name of judge to whom case was assigned   Susan Russ Walker

SCANNED
US3288

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _Pending_

6. Approximate date of filing lawsuit _August 2007_

7. Approximate date of disposition _(Continued)_

II. Place of present confinement _Bibb Co. Corr. Facility Brent, Al. 35034_

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes (✓)   No ( )

   C. If your answer is YES:
      1. What steps did you take? _I filed an amendment of facts in 2:07 CV-692-WKW that dealt with similar issues_
      2. What was the result? _None so far_

   D. If your answer is NO, explain why not? ___

III. Parties
   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) _Ray Lee McAleer_
      _565 Bibb Ln. Brent, Al 35034_

      Address ___

-2-

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant _Bob Riley_

   is employed as _Governor, State of Alabama_

   at _600 Dexter Ave., Montg., Al._

C. Additional Defendants _Ron Allen, St. of Ala. Prison Commissioner 301 So. Ripley St. Montg., Al. - Dr. Torres Psychologist - Dr. Pilkington Psychiatrist B.Jb Co. Corr. Facility Cheryl Price-Warden Bibb Co. Corr. Fac. Brant Al. - Dewayne Estes Asst. Warden Sued in their official and individual capacities along with all others who have culpability._

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

This is a Civil and Constitutional Rights Issue dealing with Shocking and Horrendous violations of The United States Constitution's 8th Amendment Prohibition on Cruel And Unusual Punishment.

My sentencing transcript out of Montgomery County Alabama has an Order, as pronounced by Judge Tracy McCorey, for Maximum Mental Health Treatment. Kathryn Allen Ph.D - the previous Site Administrator for this facilities Mental Health Program diagnosed me as having an Axis I condition of Panic Disorder with Agoraphobia - A Schizoaffective Disorder - Depression - And an Axis I Gender Identity Disorder - And an Axis II Personality Disorder.

Karl Kirkland of Kirkland, Kring and Renfro Clinical and

Forensic Psychologists P.C. out of Montg., Al. diagnosed me with an Axis I Schizoaffective Disorder, Cocaine Dependence, Marijuana Dependence, Alcohol Dependence, Polydrug Abuse, R/O Ego Dystonic Homosexuality. Mr. Kirkland also noted in his evaluation of 12-15-05 that I reported to him that I have a panic level fear of being characterized as a homosexual.    (continued)

V. **RELIEF**

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am asking for a Jury Trial. I am asking for 100,000,000 millions dollars in punitive and compensatory damages. And I am asking that the defendants be charged with the appropriate criminal charges for their knowing, wanton, and willing participation in the infliction of psychological and emotional torture upon my person. "I am asking for an immediate protection order." And any and all other relief that is deemed just and appropriate.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3-27-08
              (date)

Roy McAtoon – Citizen of The United States.

Signature(s)

- 4 -

The administration of this prison is well aware of these mental health problems. They are Well Aware! Yet, I am currently housed in a facility where ▓▓▓ inmates gather in groups on the sidewalks and in the dormitories and openly masturbate. This past Thanksgiving an inmate at the table next to me in the dining hall was sitting there openly masturbating. A few months ago I had to literally cry and beg this administration - Lt. Williams to be exact - and show him the forensic report from Kirkland to keep from being forced to move into A-4. The morning they tried to force me in there, there was a fight in A-Dorm and I got locked down in A-4. A female Sergeant entered A-Dorm and over 20 ▓▓▓ inmates were standing at the windows openly, with no reservation, masturbating. They were literally climbing over each others backs.

I was sexually abused as a child not only by my stepfather - abuse I can verify occurred - but also by my older half brother. This abuse had devastating effects on me. Then when I was 12 I was severely sexually assaulted in the Dallas County Al. Detention Center by an 18 year old black man. I suffered a homosexual rape again in my teens. And as if this wasn't enough I was forced into the streets at age 12 and was constantly preyed upon by homosexuals.

Yes, I have a panic level fear of being labeled such and this Administration knows full well why. I, for the first time ever, started talking about it when I got locked up this time because I was tired of these demons destroying my life. I cannot hold jobs - I literally freak out when this thing gets real bad. These people know it. They know it full well. I have made every psychologist that I have had very aware of it and tried every way that I can possibly conceive of to make these

people listen.

They do not care. They have thrown me into this hideousness and expect me not to fight back when they are forcing me to commit a crime which will only bring more of this putridity. Come down here and live amongst it. Work your fingers till they are raw doing hobbycraft just so you can escape awareness of it. Or injure yourself working out to hard because you are afraid one of these animals will think you are weak. And then multiply this by a hundred for me. I have very serious psychological problems and I know this. I also know the stress I am under trying to comply with the Orders of G.N.A... And I also know that I am not an animal which can be forced by the State to commit a crime and hence have to live like one.

Cruel and Unusual - The Eighth Amendment. Even if I did not have the psychological problems... But what these people are doing, allowing this hideousness and forcing me to live amongst it when they know full well the trauma it is inflicting upon me...

And there is documentation - Not just for what I have said about myself - But I don't imagine the basins that hold the world's oceans could hold the documentary material to verify that this hideousness is occurring and that the Alabama Dept. of Corrections is completely and totally aware of it. The Commissioners, the Wardens, the Assistant Wardens, the Captains, the Leutenants, the Sergeants, and right on down to the freeworld support personnel.

So lets just go ahead and let this cat out of the bag. You cannot force me to commit a crime. The Substantive Component of

the 14th Amendment's Due Process Clause, as interpreted by this Nations Judges says you cannot. And you cannot subject me to the dehumanizing and wanton hideousness that I have been subjected to for the last two odd years when you have absolute knowledge of the ~~[redacted]~~ psychological and emotional trauma it is inflicting upon me.

The Eighth Amendment, as interpreted by this Nation's Judges, also says that.

Have A Good Day.

(Parties to previous lawsuits Continued)

(1) 1. Parties to this previous lawsuit - Plaintiff: Roy Lee McAteer 147346
 & Defendant: Laura Murdock et.al.,

   2. Court: United States District Court - Middle District of Alabama
   3. Docket Number: 7:07-CV-01418-HGD
   4. Name of Judge: Harwell G. Davis III
   5. Disposition: <u>Motion filed 3-19-08 by Plaintiff Roy Lee McAteer asking the Court to dismiss complaint</u> - "Not" because the complaint did not have merit because I know I suffered racial discrimination at the hands of the named defendants - But because of limited Law Library access and the pressing nature of more urgent concerns.
   6. Date of filing 7-30-07

(2) 1. Parties to this previous lawsuit: Plaintiff Roy Lee McAteer 147346
   Defendants: Cheryl Price et.al.,
   2. Court: United States District Court - Middle District of Alabama
   3. Docket Number: 2:08-CV-167-WKW
   4. Name of Judge: Susan Russ Walker - Magistrate Judge
   5. Disposition: Pending
   6. Date of filing: March 12th, 2008

Original       1.

## Affidavit in Support

This is being written off the cuff without the benefit of a rough draft

I arrived at Bibb Co. Com. Facility sometime in April 2006. Since that time I have on a daily basis been exposed to rampant public masturbation. In the dining hall, in the dormitories, in the waiting room of the medical unit, on the recreation yard, in the waiting area for Mental Health services. For two years this hideousness has surrounded me to the extent that my nerves have deteriorated to the point to where I have resorted to inflicting injuries upon myself.

Somewhere between the dates of March 15th - 25th I had an attack of panic which led to my requesting of Mental Health Personnel that I be placed in an isolation unit because I was afraid of hurting myself or someone else. I made this request of a Ms. Terrell in Mental Health. Two days after being placed in this unit I was released against my warning to the staff - Officer Thurman - that I was not okay. When he opened the door to the isolation cell he asked, "Are you alright McAfee?" My reply was "No! No I am not alright." I needed to stay isolated and I knew it and I told them I was not alright.

Not five minutes after being released from this cell I got in a physical altercation which I even vaguely remember where I threw a plastic chair at another inmate because I had a fear he was going to attack me. Immediately I was placed back in the isolation

2.

unit on suicide watch.

Later that day or the next, I freaked out in there and cut my arms up something awful as well as inflicted serious trauma to my head by beating it against a metal bed frame. I do somewhat remember beating my head on the frame but have absolutely no recollection whatsoever of inflicting the injurys on my arms.

Right now as I write this both of my eyes are terribly blackened which runs down on my cheekbones and I have lacerations all across my forehead. My nerves at this very moment are so bad that it is all I can do to hold this pen. I cannot sleep - maybe one hour last night.

I have been in prisons off and on all my life but never have I been exposed to the conditions that exist at this facility. In A-Dorm and B-Dorm I was completely and totally surrounded by a hideousness that is beyond any ability of my imagination to convey on paper. Constantly on alert to where I sat or stood in order to avoid getting semen on my person. Inmates daily allowed to erect tents where they would have homosexual relations at all hours of the day and night.

And I repeat this again. My nerves at the moment have deteriorated to the point where I am absolutely terrified of what I am going to do. When I finally got released from the infirmary two days ago Captain Freeman had me moved to F-Dorm which is kind of an Honor Dorm and where I am not constantly on alert and surrounded by that

3.

baseness or vileness.

But last night I was served with a disciplinary charging me with creating a security hazard for beating my head like that. This, by the same person who came to the door of the isolation unit and told me that, "I ought to come in there and really fuck you up." This disciplinary by the same person who laughed and joked with the female officer on duty in the infirmary about her comment to me that they should put me in D-Dorm where her boys could get ahold of me.

And these people know I have this disorder. They know it!

The doctors refuse to acknowledge it - the present doctors - and this administration is using it to literally inflict torture upon my person.

I swear and affirm that the foregoing is true and correct. Done this 27th day of March, 2008.

Ray McAfee
Affiant

Laura Hines
Notary Public

My Commission Expires 9-1-2010